

McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:07-cr-274 LJO |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO UNSEAL INDICTMENT; |
| v. | ) [PROPOSED] ORDER |
| | ) |
| DANIEL ADRIAN VELARDE-MUNOZ, et al. | ) |
| | ) |
| Defendants. | ) |

The Indictment in this case, having been sealed by Order of this Court, and it appearing that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Mark J. McKeon, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: November 1, 2007

_____
MARK J. McKEON
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: ~~November~~ Oct 31, 2007

_____
GARY AUSTIN
United States Magistrate Judge

1